IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JONATHAN HANSLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCHANTS & MEDICAL d/b/a CREDIT BUREAU ASSOCIATES, and LVNV FUNDING, LLC, d/b/a RESURGENT CAPITAL SERVICES,<br><br>    Defendants. | CIVIL ACTION NO.: 5:24-cv-66 |

**O R D E R**

Plaintiff submitted a Complaint, alleging Defendants violated provisions of the Fair Debt Collection Act.  Plaintiff also submitted a Motion for Leave to Proceed *in Forma Pauperis*. Doc. 2.  After reviewing Plaintiff's Motion, the Court finds Plaintiff meets the requirements set forth in 28 U.S.C. § 1915.  Accordingly, the Court **GRANTS** Plaintiff leave to proceed *in forma pauperis*.

Because the Court has granted Plaintiff leave to proceed in this case *in forma pauperis* under 28 U.S.C. § 1915, service must be effected by the United States Marshal.  Fed. R. Civ. P. 4(c)(3).  A copy of Plaintiff's Complaint and a copy of this Order shall be served upon Defendants by the United States Marshal without prepayment of cost.  In most cases, the marshal will first mail a copy of the complaint to a defendant by first-class mail and request the defendant waive formal service of summons.  Fed. R. Civ. P. 4(d); Local R. 4.5.  A defendant has a duty to avoid unnecessary costs of serving the summons, and any defendant who fails to comply with the request for waiver must bear the costs of personal service, unless good cause can be shown for

the failure to return the waiver. Fed. R. Civ. P. 4(d). Generally, a defendant who timely returns the waiver is not required to answer the complaint until 60 days after the date the marshal sent the request for waiver. Fed. R. Civ. P. 4(d)(3).

While this action is pending, Plaintiff **shall** immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice.

**SO ORDERED**, this 6th day of September, 2024.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA